| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Cosmolab, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>91-2151367 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>1100 Garrett Parkway<br>Lewisburg, TN    ZIP Code 37091 | Street Address of Joint Debtor (No. and Street, City, and State):   ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Marshall | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP Code | Mailing Address of Joint Debtor (if different from street address):  ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):   1100 Garrett Parkway<br>Lewisburg, TN 37091 | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ■<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ■<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ■<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Cosmolab, Inc. |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>See Attachment - Pending Bankruptcy Cases Filed | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>　Signature of Attorney for Debtor(s)　　　　(Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■　Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■　There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐　Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐　Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐　Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐　Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐　Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Cosmolab, Inc. |

Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

Domenic E. Pacitti
Printed Name of Attorney for Debtor(s)

Klehr Harrison Harvey Branzburg LLP
Firm Name

919 Market Street
Suite 1000
Wilmington, DE 19801

Address

Email: dpacitti@klehr.com
(302) 552-5519  Fax: (302) 426-9193
Telephone Number

1/20/10
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Lee D. Turner
Printed Name of Authorized Individual

Chief Financial Officer
Title of Authorized Individual

1/20/10
Date

In re: <u>Cosmolab, Inc.</u>_____ Case No._____

Debtor

# Form 1. Voluntary Petition

## <u>Pending Bankruptcy Cases Filed Attachment</u>

On the date hereof, each of the affiliated entities listed below (including the Debtor in this Chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware:

- Specialty Packaging Holdings, Inc.
- The Specialty Packaging Group, Inc.
- Cosmetics Specialties, Inc.
- Cosmolab, Inc.
- Cosmetics Specialties East, LLC
- Cosmolab New York, Inc.

Consolidated

In re: Specialty Packaging Holdings, Inc., et al.

Case No. _____

. Chapter 11

# LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS ON A CONSOLIDATED BASIS

Following is the list of debtors' creditors holding the 40 largest unsecured claims on a consolidated basis. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 40 largest unsecured claim. The information in the Top 40 List shall not constitute an admission by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated or unknown, does not constitute a waiver of the Debtors' right to contest the validity, priority and/or amount of any claim.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Powers Living Trust c/o Ronald J. and Mary Lou Powers, Trustee 4010 Ischia Drive Oxnard, CA 93035 | Powers Living Trust Contact: Ronald J Powers c/o Ronald J. and Mary Lou Powers, Trustee 4010 Ischia Drive Oxnard, CA 93035 Phone: 805-985-9429 Facsimile: E-mail: | Loan | | $1,354,886.00 |
| CHARM COSMETICS #405 CHEONG LIM BLDG. 641-11 DEUNGCHON 1-DONG KANGSEO-KU,SEOUL, KR SEOUL | CHARM COSMETICS Contact: Y.K. Byun #405 CHEONG LIM BLDG. 641-11 DEUNGCHON 1-DONG KANGSEO-KU,SEOUL, KR SEOUL Phone: 82-2-2164-8550 Facsimile: 82-2-2164-8555 E-mail: charm@charmcosmetics.com | Trade | | $444,273.75 |
| YUAN HARNG CO., LTD. 3F/8, NO. 1, WU-CHUAN 1ST RD. HSIN-CHUANG CITY, TAIPEI HSIEN, 242, TW TAIWAN | YUAN HARNG CO., LTD. Contact: Irene Yan 3F/8, NO. 1, WU-CHUAN 1ST RD. HSIN-CHUANG CITY, TAIPEI HSIEN, 242, TW TAIWAN Phone: 886-2-2290-0228 Facsimile: 886-2-2298-4284 E-mail: irene@yuanharng.com | Trade | | $277,719.60 |

*Page 1*

# LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| JIA HSING ENTERPRISE CO.,LTD<br>No. 17 Fu-Gon Rd<br>Fu Shin Shuen Changhua | JIA HSING ENTERPRISE CO.,LTD<br>Contact: Rachel Chiang<br>No. 17 Fu-Gon Rd<br>Fu Shin Shuen Changhua<br>Phone: 886-4-769-3688<br>Facsimile: 886-4-769-1383/769-4261<br>E-mail: jiahsing@ms27.hinet.net | Trade | | $244,638.80 |
| TONNIE COSMETICS CO LTD<br>NO 70 GONGYE 2ND ROAD<br>TECHNOLOGY INDUSTRIAL PARK<br>TAINAN CITY, TW 709 | TONNIE COSMETICS CO LTD<br>Contact: Stephen Payne<br>NO 70 GONGYE 2ND ROAD<br>TECHNOLOGY INDUSTRIAL PARK<br>TAINAN CITY, TW 709<br>Phone: 886-6-3842222<br>Facsimile: 886-6-3842233<br>E-mail: | Trade | | $208,140.25 |
| JOYCOS.,LTD.<br>1425-9 4F HYOBONG B/D,<br>SEOCHO-DONG SEOCHO-GU<br>SEOL, KR 99999 | JOYCOS.,LTD.<br>Contact: PAUL KIM<br>1425-9 4F HYOBONG B/D,<br>SEOCHO-DONG SEOCHO-GU<br>SEOL, KR 99999<br>Phone: 82-2-3472-2366<br>Facsimile: 82-2-3472-2369<br>E-mail: | Trade | | $191,341.35 |
| LEDFORD EMPLOYEE EXCHANGE INC.<br>1280 SOUTH ELLINGTON PKWY<br>LEWISBURG, TN 37091 | LEDFORD EMPLOYEE EXCHANGE INC.<br>Contact: Betsye Ledford<br>1280 SOUTH ELLINGTON PKWY<br>LEWISBURG, TN 37091<br>Phone: 615-359-6877<br>Facsimile: (931) 359-1603<br>E-mail: | Staffing Service | | $169,158.34 |
| CA CEDAR PRODUCTS CO<br>1340 WEST WASHINGTON ST.<br>STOCKTON, CA 95203 | CA CEDAR PRODUCTS CO<br>Contact: Troy White<br>1340 WEST WASHINGTON ST.<br>STOCKTON, CA 95203<br>Phone: (209) 944-5800<br>Facsimile: (209) 944-9072<br>E-mail: | Trade | | $162,200.85 |

DELI 73655-1

# LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| SUPER BRUSH CO.INC.<br>4275 NORTH PALM STREET<br>FULLERTON, CA 92835 | SUPER BRUSH CO.INC.<br>Contact: Ron Boring<br>4275 NORTH PALM STREET<br>FULLERTON, CA 92835<br>Phone: (413) 543-1442<br>Facsimile: (413) 543-1523<br>E-mail: | Trade | | $155,714.23 |
| ERNST & YOUNG U.S. LLC<br>55 Ivan Allen Jr. Blvd, Suite 1000<br>ATLANTA, GA 30308 | ERNST & YOUNG U.S. LLC<br>Contact: Paul Hetrick<br>55 Ivan Allen Jr. Blvd, Suite 1000<br>ATLANTA, GA 30308<br>Phone: (404) 874-8300<br>Facsimile: (404) 817-4301<br>E-mail: | Accounting Services | | $138,438.00 |
| HSIN YA LTD. RESOURCE SERVICE<br>75-7 WEN HSIN 1ST ROAD<br>TAICHUNG, TW R.O.C. | HSIN YA LTD. RESOURCE SERVICE<br>Contact: Sean Hsieh<br>75-7 WEN HSIN 1ST ROAD<br>TAICHUNG, TW R.O.C.<br>Phone: 886-4-2328-7333<br>Facsimile: 886-4-2328-4382<br>E-mail: | Trade | | $131,868.00 |
| STAFFMARK, INC.<br>302 South 7th Street<br>Pulaski, TN 38478 | STAFFMARK, INC.<br>Contact: Thomas Jurman<br>302 South 7th Street<br>Pulaski, TN 38478<br>Phone: (931) 424-0033<br>Facsimile: (931) 424-9750<br>E-mail: | Staffing Service | | $127,762.59 |
| SUN CHEMICAL CORP<br>5020 SPRING GROVE<br>CINCINNATI, OH 45232 | SUN CHEMICAL CORP<br>Contact: Ed Faulkner<br>5020 SPRING GROVE<br>CINCINNATI, OH 45232<br>Phone: 800-543-2323<br>Facsimile: (513) 681-5996<br>E-mail: | Trade | | $125,024.15 |

DEL1 73655-1

# LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ALLSTATES WORLDCARGO, INC. 4 Lakeside Drive E Forked River, NJ 08731 | ALLSTATES WORLDCARGO, INC. Contact: Bill White 4 Lakeside Drive E Forked River, NJ 08731 Phone: (609) 693-5950 Facsimile: (609) 693-5550 E-mail: | Trade | | $123,653.64 |
| WORMSER CORPORATION 49 SMITH STREET ENGLEWOOD, NJ 07631 | WORMSER CORPORATION Contact: Steve Wormser 49 SMITH STREET ENGLEWOOD, NJ 07631 Phone: 201-627-1000 Facsimile: (201) 627-1001 E-mail: | Trade | | $118,916.43 |
| Powers, Ronald L. 2218 Pebble Beach Trail Oxnard, CA 93036 | Powers, Ronald L. Contact: Ronald L Powers 2218 Pebble Beach Trail Oxnard, CA 93036 Phone: 805-340-3641 Facsimile: E-mail: | Loan | | $116,133.00 |
| ALEXANDER, V & CO INC 6555 Quince Rd #201 MEMPHIS, TN 38119 | ALEXANDER, V & CO INC Contact: Marc Torrence 6555 Quince Rd #201 MEMPHIS, TN 38119 Phone: (901) 795-7761 Facsimile: (901) 363-1054 E-mail: | Trade | | $115,227.96 |
| DIAMOND PACKAGING 111 COMMERCE DRIVE ROCHESTER, NY 14692 | DIAMOND PACKAGING Contact: DENISE SWAN EXT 215 111 COMMERCE DRIVE ROCHESTER, NY 14692 Phone: 585-334-8030 Facsimile: 585-334-8030 E-mail: | Trade | | $108,290.84 |

*DELI 73655-1*

# LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| WALL-BDA (A MEAD WESTVACO SVC) 501 South 5th Street Richmond, VA 23219 | WALL-BDA (A MEAD WESTVACO SVC) Contact: LIDIA.OSOWSKA 501 South 5th Street Richmond, VA 23219 Phone: 48 52 3260137 Facsimile: E-mail: LIDIA.OSOWSKA@MEADWEST VACO.COM | Trade | | $105,601.56 |
| PIONEER PACKAGING, INC 31 WILSON DRIVE SPARTA, NJ 07871 | PIONEER PACKAGING, INC Contact: DEBORAH TAYLOR 31 WILSON DRIVE SPARTA, NJ 07871 Phone: 973-300-9300 Facsimile: (973) 300-9377 E-mail: | Trade | | $98,394.44 |
| COMPAX 2854 N. SANTIAGO BLVD SUITE 201 ORANGE, CA 92867 | COMPAX Contact: MICHAEL MODJESKI 714-864-1909 2854 N. SANTIAGO BLVD SUITE 201 ORANGE, CA 92867 Phone: 714-996-0464 Facsimile: (801) 983-2205 E-mail: | Trade | | $84,942.14 |
| MARSHALL COUNTY TRUSTEE MARILYN ERVIN 1102 COURTHOUSE ANNEX LEWISBURG, TN 37091 | MARSHALL COUNTY TRUSTEE Contact: Marilyn Ervin MARILYN ERVIN 1102 COURTHOUSE ANNEX LEWISBURG, TN 37091 Phone: (931) 359-4800 Facsimile: E-mail: marilyn.ervin@vcourthouse.com | Tax | | $82,247.00 |

DEL1 73655-1

# LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| MCCOWAT-MERCER PACKAGING, INC P.O. BOX 818 202 RIVERSIDE DR. JACKSON, TN 38302 | MCCOWAT-MERCER PACKAGING, INC Contact: JIM BRADY P.O. BOX 818 202 RIVERSIDE DR. JACKSON, TN 38302 Phone: 731-427-3376 Facsimile: (731) 426-7679 E-mail: | Trade | | $79,028.39 |
| Styring, Michael D. and Karen M. 355 A Auwinala Road Kailua, HI 96734 | Styring, Michael D. and Karen M. Contact: Karen Styring 355 A Auwinala Road Kailua, HI 96734 Phone: (808) 261-9222 Facsimile: E-mail: | Loan | | $77,422.00 |
| BOMO TRENDLINE KIRCHSTRABE 14 D-78144 TENNENBRONN, 99999 | BOMO TRENDLINE Contact: JENS DREIBIG KIRCHSTRABE 14 D-78144 TENNENBRONN, 99999 Phone: 49-7729-92268 Facsimile: 449(0)7729/8539 E-mail: | Trade | | $76,054.62 |
| SELECT STAFFING 300 Esplanade Dr Suite #106 Oxnard, CA 93030 | SELECT STAFFING Contact: Oscar Heredia 300 Esplanade Dr Suite #106 Oxnard, CA 93030 Phone: 805-983-6161 Facsimile: 805-983-0986 E-mail: Oscar.Heredia@selectstaffing.com | Staffing Service | | $74,972.47 |
| ORIENA CO., LLC 11 HEMINGWAY DR. DIX HILLS, NY 11746 | ORIENA CO., LLC Contact: Tian Wang 11 HEMINGWAY DR. DIX HILLS, NY 11746 Phone: (631) 412-0705 Facsimile: (631) 963-3213 E-mail: | Trade | | $70,000.00 |

*DELI 73655-1*

# LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| LEWISBURG, CITY OF<br>131 East Church Street<br>LEWISBURG, TN 37091 | LEWISBURG, CITY OF<br>Contact: Connie Edde<br>131 East Church Street<br>LEWISBURG, TN 37091<br>Phone: (931) 359-1544<br>Facsimile: (931) 359-7055<br>E-mail: | Tax | | $69,209.00 |
| LEWISBURG INDUSTRIAL & WELDING<br>117 3rd Avenue South<br>LEWISBURG, TN 37091 | LEWISBURG INDUSTRIAL & WELDING<br>Contact: AL HENDERSON<br>117 3rd Avenue South<br>LEWISBURG, TN 37091<br>Phone: (931) 359-4565<br>Facsimile: (931) 359-9246<br>E-mail: | Trade | | $65,513.29 |
| CEVA FREIGHT LLC/Eagle Global Logistics<br>800 Airpark Commerce Dr # 805<br>Nashville, TN 37217 | CEVA FREIGHT LLC/Eagle Global Logistics<br>Contact: Pat Eutsey<br>800 Airpark Commerce Dr # 805<br>Nashville, TN 37217<br>Phone: (615) 232-3500<br>Facsimile: (615) 232-3501<br>E-mail: | Trade | | $62,998.20 |
| ANOMATIC CORP<br>1650 TAMARACK ROAD<br>NEWARK, OH 43055 | ANOMATIC CORP<br>Contact: SCOTT RUSCH OR KATHY KEASER<br>1650 TAMARACK ROAD<br>NEWARK, OH 43055<br>Phone: 740-788-3225<br>Facsimile: 740-522-2203<br>E-mail: | Trade | | $62,674.02 |
| TEIBOW COMPANY LTD.<br>1-5-1 HATCHOBORI<br>CHUO-KU<br>TOKYO 104 JAPAN, JP 00000 | TEIBOW COMPANY LTD.<br>Contact: MITSUNORI YONEZAWA<br>1-5-1 HATCHOBORI<br>CHUO-KU<br>TOKYO 104 JAPAN, JP 00000<br>Phone: 81-3-3551-5351<br>Facsimile: 81-3-3551-5355<br>E-mail: yonezawa@teibow.co.jp | Trade | | $60,559.45 |

DELI 73655-1

# LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| SANFORD LP<br>551 Springplace Road<br>LEWISBURG, TN 37091 | SANFORD LP<br>Contact: Jamey Owen<br>551 Springplace Road<br>LEWISBURG, TN 37091<br>Phone: 800-449-5425<br>Facsimile: 815-233-8639<br>E-mail: | Trade | | $58,289.18 |
| IH SERVICES, INC.<br>127 Tanner Road<br>Greenville, SC 29607 | IH SERVICES, INC.<br>Contact: Paul Jamison<br>127 Tanner Road<br>Greenville, SC 29607<br>Phone: (864) 297-3748<br>Facsimile: (864) 297-9219<br>E-mail: | Trade | | $54,452.31 |
| ANISA INTERNATIONAL<br>55 PEACHTREE PARK DRIVE NE<br>ATLANTA, GA 30309 | ANISA INTERNATIONAL<br>Contact: Anniece Pilcher<br>55 PEACHTREE PARK DRIVE NE<br>ATLANTA, GA 30309<br>Phone: 404-869-6475<br>Facsimile: (404) 869-6476<br>E-mail: tamar@anisa.com | Trade | | $53,090.00 |
| FEDERAL EXPRESS CORP<br>942 South Shady Grove Road<br>Memphis, TN 38120 | FEDERAL EXPRESS CORP<br>Contact: Barbara Moss<br>942 South Shady Grove Road<br>Memphis, TN 38120<br>Phone: (800) 622-1147<br>Facsimile: (800) 548-3020<br>E-mail: | Trade | | $51,829.00 |
| THORO PACKAGING<br>1467 DAVRIL CIRCLE<br>CORONA, CA 92880-6957 | THORO PACKAGING<br>Contact: Paul Read<br>1467 DAVRIL CIRCLE<br>CORONA, CA 92880-6957<br>Phone: (951) 278-2100<br>Facsimile: (951) 278-2198<br>E-mail: | Trade | | $51,669.87 |

DEL1 73655-1

# LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| WEBB MASON INC.<br>1005 East Lane Street<br>Shelbyville, TN 37160 | WEBB MASON INC.<br>Contact: G.E. HASKINS<br>1005 East Lane Street<br>Shelbyville, TN 37160<br>Phone: 931-684-3874<br>Facsimile: (931) 684-7847<br>E-mail:<br>gehaskins@webbmason.com | Trade | | 50,325.03 |
| GRUPO PAVISA SA DE CV<br>GENERAL AGUSTIN MILAN NO 10<br>COL SAN ANDRES ATOTO<br>NAUCALPAN MEXICO, 53500 | GRUPO PAVISA SA DE CV<br>Contact: RICARDO SANSHEZ BARRON<br>GENERAL AGUSTIN MILAN NO 10<br>COL SAN ANDRES ATOTO<br>NAUCALPAN MEXICO, 53500<br>Phone: 5255-5091-7001<br>Facsimile: 5358-4933<br>E-mail: | Trade | | 49,682.66 |
| MULTI PACKAGING SOLUTIONS<br>75 REMITTANCE DRIVE, STE 3111<br>CHICAGO, IL 60675-3111 | MULTI PACKAGING SOLUTIONS<br>Contact: Jenny Stanke<br>75 REMITTANCE DRIVE, STE 3111<br>CHICAGO, IL 60675-3111<br>Phone: 517-886-2447<br>Facsimile: (866) 540-0077<br>E-mail:<br>jenny.stanke@multipkg.com | Trade | | 49,420.41 |

DELI 73655-1

# LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporations named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date 1/20/10

Signature _____
Lee D. Turner
Chief Financial Officer

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.*
*18 U.S.C. §§ 152 and 3571.*

# CERTIFICATE OF SECRETARY AS TO RESOLUTIONS
## ADOPTED BY THE BOARD OF DIRECTORS OF
## COSMOLAB, INC. ON JANUARY 15, 2010

The undersigned, Lee D. Turner, being the duly elected and qualified Secretary of Cosmolab, Inc. (the "Company"), does hereby certify that the board of directors of the Company duly adopted the following resolutions at a telephonic meeting held on January 15, 2010 and that such resolutions have not been repealed or amended and remain in full force and effect:

- Management's recommendation to file a petition for relief under the provisions of chapter 11 of the Bankruptcy Code, in contemplation of an aggressive effort to market the Company and its subsidiaries, is desirable and in the best interest of the Company, its creditors, shareholders, employees and other interested parties and is hereby approved. Management will immediately proceed with the necessary and appropriate action to execute and verify a petition to seek relief under chapter 11 of the Bankruptcy Code and to cause the same to be filed with the United States Bankruptcy Court for the District of Delaware at such time as such officer executing such petition on behalf of the Company shall determine.

- The Chief Restructuring Officer of the Company, or any officer authorized by the Chief Restructuring Officer, and such employees or agents (including counsel) as may be designated by the Company from time to time, are hereby authorized to execute and file all petitions, schedules, lists, statements, applications, pleadings and other papers, to take all action which they may deem necessary or proper in connection with the chapter 11 case, and to retain and employ all assistance by attorneys, crisis managers, accountants and other professionals which is necessary or proper with a view to the successful prosecution of the chapter 11 case.

- The Company is authorized to conclude negotiations on and enter into the debtor-in-possession financing agreement with Bank of America on such terms as officers of the Company deem appropriate under the current facts and circumstances and the officers of the Company or any one of them, and such employees or agents (including counsel) as may be designated by the Company from time to time, are hereby authorized to take all action which they may deem necessary or proper in connection with such debtor-in-possession financing with Bank of America.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of January 19, 2010.

By: _____
Lee D. Turner, Vice President, Treasurer, and
Secretary of Cosmolab, Inc.

The undersigned, Michael J. Musso, hereby certifies, on behalf of and in his capacity as an officer of the Company, and not individually, that (i) he is the duly elected and qualified Chief Restructuring Officer and interim Chief Executive Officer of the Company, and that, as such, he is authorized to execute this certificate on behalf of the Company, and (ii) the officer signing the foregoing certificate holds the office set forth under his name and his signature appearing on the foregoing certificate is his genuine signature.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of January 19, 2010.

By: _____
Michael J. Musso, Chief Restructuring Officer
and interim Chief Executive Officer of Cosmolab, Inc.

# United States Bankruptcy Court
## District of Delaware

In re    Cosmolab, Inc.

Debtor

Case No. _____

Chapter _____ 11 _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| The Specialty Packaging Group, Inc.<br>1100 Garrett Road<br>Lewisburg, TN 37091 | Common Stock | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ___1/20/0___

Signature _____
Lee D. Turner
Chief Financial Officer

*Penalty for making a false statement or concealing property*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## District of Delaware

In re    Cosmolab, Inc.                         Case No.

                                          Debtor(s)            Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Cosmolab, Inc.    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

The Specialty Packaging Group, Inc.
1100 Garrett Road
Lewisburg, TN 37091

☐ None [*Check if applicable*]

_____
Date    1/20/10

_____
Domenic E. Pacitti
Signature of Attorney or Litigant
Counsel for    Cosmolab, Inc.
Klehr Harrison Harvey Branzburg LLP
919 Market Street
Suite 1000
Wilmington, DE 19801
302) 552-5519 Fax:(302) 426-9193
dpacitti@klehr.com